UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAYE HOSKINS, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> V. HARO et al, ) <br> ) <br> Defendants. ) | NO. CV 20-1070-JGB (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      On January 4, 2021, Plaintiff filed a Notice of Dismissal. (Dkt. No. 38.) Plaintiff states that due to Covid-19 lockdowns and limited access to the prison's law library, he is unable to proceed with his case. Plaintiff states that "[he] therefore request that [his] complaint aginst V. Haro, et al. be immediately dismissed with no further actions taken." *Id.*

IT IS ORDERED that Defendants' motion to dismiss the complaint is granted with leave to file a First Amended Complaint within 30 days after entry of this Order consistent with the Magistrate Judge's recommendations.

If Plaintiff chooses not to file a timely First Amended Complaint, this action will be dismissed.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

DATED: February 26, 2021

JESUS G. BERNAL
United States District Judge