UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY RAYE HOSKINS, SR., | ) | NO. CV 20-1070-JGB (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| V. HARO, et al., | ) | |
| Defendants. | ) | |

On February 26, 2021, the Court dismissed Plaintiff's Complaint with leave to file a First Amended Complaint within 30 days after entry of the order consistent with the Magistrate Judge's recommendation. The Court warned Plaintiff that if he chose not to file a timely First Amended Complaint, this action will be dismissed. (Dkt. No. 39.) Plaintiff failed to file a First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED and that judgment be entered for Defendants.

**IT IS SO ORDERED.**

DATED: April 22, 2021

JESUS G. BERNAL
United States District Judge