JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY RAYE HOSKINS, SR., | ) | NO. CV 20-1070-JGB (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| V. HARO, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is DISMISSED and judgment is entered for Defendants.

DATED: April 22, 2021

JESUS G. BERNAL
United States District Judge